FID No. 1420018

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED

UNITED STATES OF AMERICA

V.

MARIA ANGELICA MEDEL-TAPIA

WARRANT FOR ARREST

07 DEC -7 AM 11:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

CASE NUMBER: 07 MJ 2782

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MARIA ANGELICA MEDEL-TAPIA
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

MATERIAL WITNESS

DATE 11/30/07
ARRESTED AND ARRAIGNED BY 11/30/07
ICE
Steve Stafford, Acting
U.S. MARSHAL, S/CA
BY Edna Rojas

In violation of Title    18    United States Code, Section(s)    3144

Name of Issuing Officer: A. Victoria
Signature of Deputy

Title of Issuing Officer: [signature] Battaglia
Date and Location: 11/30/07 S.D. CA

Bail fixed at $    [Bail]    by    The Honorable Anthony J. Battaglia
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1702