UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>*Maria Angelica* )<br>*Medel-Tapia* )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. _07mj2782_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

*Maria Angelica Medel-Tapia*

DATED:  _12/20/07_

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                                   ☆ U.S. GPO: 2003-581-774/70082