Minutes of the United States District Court
Southern District of California
May 15, 2008

HON. **WILLIAM MCCURINE, JR.**          DEPUTY CLERK: **R. BRESSI**

---

TAPE NO. WMC08-9:53-9:54

07MJ2782         USA     vs.    MARIA ANGELICA MEDEL-TAPIA (1)(R)

GOVT'S MOT
TO DISMISS                      NED LYNCH, MW ATTY S/A FOR MARILYN GUNNER

                                AUSA: LARA STINGLEY

---

GOVT'S ORAL MOTION TO DISMISS MATERIAL WITNESS - GRANTED
COURT ORDERS COMPLAINT DISMISSED WITHOUT PREJUDICE

1 MIN