```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone: (619) 461-8716
 3  Fax:       (619) 461-6795

 4  Attorney for Material Witness

 5
                      UNITED STATES DISTRICT COURT
 6                    SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,      )   Criminal Case No:
                                   )
 9      PLAINTIFF,                 )   Magistrate No:   07mj2782 WMC
           V.                      )
10                                 )
    MARIA ANGELICA MEDEL-TAPIA,    )
11                                 )   PROOF OF SERVICE
        DEFENDANT/MATERIAL WITNESS.)
12                                 )
                                   )
13
         1.   I am a citizen of the United States and a resident of the
14  County of San Diego; I am over the age of eighteen years and not a
    party to the entitled action; my business address is P. O. Box 605,
15  La Mesa, California 91944.

16       2.   On July 23, 2008, I served the document(s) described below
    as:
17     EX PARTE MOTION TO EXONERATE MATERIAL WITNESS BOND w/EXHIBIT

18     BY ELECTRONIC FILING TO:

19     All parties named in the Docket for service via ECF; US ATTORNEY
    Aaron B. Clark: aaron.clark@usdoj.gov
20
    and the proposed Order to Exonerate the bond by E-mail to those same
21  parties.

22

23     I declare under penalty of perjury under the laws of the State
    of California that the foregoing is true and correct.  Executed
24  July 23, 2008, San Diego, California.

25
                                        S/ MARILYN B. GUNNER
26                                      Attorney for Material Witness
                                        E-MAIL: mgunner@cox.net
27

28

    US v. MEDEL-TAPIA        PROOF OF SERVICE        07MJ2782 WMC
```